UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES TAKECHI, | No. C 11-5285 RS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| G. ADAME, AND J. TYREE, | |
| Defendants. | |

Plaintiff, currently held at Pelican Bay State Prison, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while held at the California Correctional Institution in Kern County. Therefore, a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Kern County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id*. § 1391(b). Accordingly, in the interest of justice, pursuant to 28 U.S.C. § 1406(a) and to defendants' motion to dismiss or transfer the action (Docket No. 7), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this action forthwith, and terminate Docket No. 7.

**IT IS SO ORDERED**.

DATED: May 31, 2012

RICHARD SEEBORG
United States District Judge