# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAKECHI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>G. ADAME, et al.,<br><br>　　　　　Defendants. | ) 1:12cv00913 AWI DLB PC<br>)<br>) ORDER FINDING COGNIZABLE<br>) CLAIMS AND ORDERING<br>) DEFENDANTS TO FILE AN ANSWER<br>) WITHIN TWENTY DAYS<br>)<br>)<br>)<br>) |

　　　　Plaintiff James Takechi ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action in the Northern District of California on October 31, 2011. The action was transferred to this Court on May 31, 2012, after Defendants Adame and Tyree had been served and filed a Motion to Dismiss based on improper venue.

　　　　On August 24, 2012, the Court dismissed the complaint with leave to amend. Plaintiff filed his First Amended Complaint ("FAC") on September 12, 2012. He names Correctional Officers G. Adame and J. Tyree as Defendants.

1

The Court has screened the FAC and finds that it states a claim for denial of due process against Defendants Adame and Tyree. Both Defendants have been served and they are therefore ORDERED to file an ANSWER within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 10, 2013**                               /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE