# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAKECHI,<br><br>        Plaintiff,<br><br>    vs.<br><br>G. ADAME, et al.,<br><br>        Defendants. | 1:12cv00913 AWI DLB PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS<br><br>(Document 37) |

    Plaintiff James Takechi ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action in the Northern District of California on October 31, 2011. The action was transferred to this Court and is proceeding on Plaintiff's August 24, 2012, First Amended Complaint against Correctional Officers G. Adame and J. Tyree.

    Defendants filed a Motion for Summary Judgment on January 27, 2013. Along with their motion, Defendants requested that the Court (1) seal the Declaration of G. Adame in support of their Motion for Summary Judgment; (2) seal Exhibit A to the Declaration of G. Adame; and (3) redact the confidential portions of the publicly filed copy of the Declaration of G. Adame.

    Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). The Court has reviewed the

documents and finds that the portions identified by Defendants are of a confidential nature and could lead to safety issues for those implicated.

Accordingly, Defendants' request is GRANTED. The Court ORDERS as follows:

1. The Declaration of G. Adame in Support of Defendants' Motion for Summary Judgment AND Exhibit A to the Declaration of G. Adame (a confidential memorandum, dated March 12, 2009, authored by Officer T. Turmezei) SHALL BE SEALED for 75 years[1]; and

2. Paragraphs 8, 15-21, 26 of the publicly filed copy of the Declaration of G. Adame be REDACTED.[2]

IT IS SO ORDERED.

Dated: **February 3, 2014**         /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Ordering that the documents be sealed for 75 years ensures that they stay sealed for Plaintiff's lifetime and the lifetimes of any other inmates named in the report.

[2] It appears that Defendants have already filed a redacted version of the Declaration of G. Adame (ECF No. 34).