# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAKECHI,<br><br>            Plaintiff,<br><br>      vs.<br><br>G. ADAME, et al.,<br><br>            Defendants. | )   1:12cv00913 AWI DLB PC<br>)<br>)<br>)   ORDER GRANTING PLAINTIFF'S<br>)   REQUEST FOR COPY OF DOCKET<br>)<br>)   (Document 55)<br>)<br>)<br>) |

Plaintiff James Takechi ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action in the Northern District of California on October 31, 2011.

The Court granted summary judgment in favor of Defendants and entered judgment on July 29, 2014. On August 18, 2014, Plaintiff filed a notice of appeal.

On November 14, 2014, Plaintiff filed a motion for a copy of the docket.[1] Plaintiff's motion is GRANTED and the Clerk of the Court is directed to send Plaintiff a copy of the docket report.

IT IS SO ORDERED.

   Dated:   **November 17, 2014**                    /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court does not read Plaintiff's motion as asking for copies of each docket entry. Such requests are generally denied.

1